IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, | ) | |
| AIS #197053, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-115-WHA |
| | ) | |
| KILA JONES, a.k.a., Karla Jones, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 11, 2017, the Magistrate Judge filed a Recommendation (Doc. #13) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court; and

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 30th day of August, 2017.

                                          /s/ W. Harold Albritton
                                     SENIOR UNITED STATES DISTRICT JUDGE